UNITED STATES DISTRICT COURT
DISTRICT FOR MASSACHUSETTS

UNITED STATES                    NO. 10-CR-10161-NMG

VS

MICHAEL DERRING,
  Defendant

### DEFENDANT'S NOTICE OF COMPLIANCE WITH COURT ORDERED CONDITIONS FOR RELEASE FROM PRETRIAL DETENTION

The Defendant, Michael Derring, respectfully moves, pursuant to 18 U.S.C. § 3142(c), and hereby notify this Honorable Court that he is now in compliance with this Court's Order of conditions for release from pretrial detention, which is as follows:

1. **DESIGNATED PERSON:**    Marie Williams, Homeowner
                             35 Longfellow Street
                             Dorchester, MA 02122
                             Tel. (617) 265-2182

1. **PLACE OF ABODE:**       41 Holiday Street, 2nd. Fl.
                             Dorchester, MA  02122

3. **TELEPHONE:**            Will Be Installed Within
                             48 Hours of Approval of
                             Release - Verizon

WHEREFORE:  Defendant prays that this Honorable Court will ALLOW his compliance with conditions for release from pretrial detention, and ORDER Defendant's immediate release upon verification of the above information through the Federal Pretrial Services.

Respectfully submitted,

Michael Derring, #92350038
D.W.W.F. (Unit E Cell # 10)
950 High Street
Central Fall, RI, 02863

August 16, 2010

CERTIFICATE OF SERVICE

I, Michael Derring, hereby certify that on this 16th day of Agust 2010, I ahve served the U.S. Attorney's Office and the Federal Pretrial Services with a copy of the foregoing Defendant's Notice of Compliance With Court Ordered Conditions For Release From Pretrial Detention, by first class mail, postage prepaid to:

U.S. Attorney's Office
U.S. District Court
1 Courthouse Way, Suite 9200
Boston, MA  02210

John R. Riley, Chief
Pretrial Services Officer
U.S. Pretrial Services
One Courthouse Way, Suite 1-300
Boston, MA  02210

Ms. Marie Williams
35 Longfellow Street
Dorchester, MA  02122

Michael Derring, #92350038
D.W.W.W.F. (Unit E Cell #10)
950 High Street
Central Falls, RI  02863