# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 10-CR-10161-NMG |
| ) | |
| 1. MICHAEL DERRING a/k/a ) | |
| MICHAEL WASHINGTON ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S MOTION TO MODIFY DEFENDANT DERRING'S CONDITIONS OF RELEASE

The United States moves to modify Defendant Derring's conditions of release to include, in addition to those conditions already imposed, a $100,000 secured bond and electronic monitoring. As grounds, the United States notes that since Defendant Derring was detained on the present matter, a warrant was filed against him in East Boston Court for one or more robberies committed before he was detained, thus increasing the likelihood that he would not return to federal court for future proceedings against him.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    /s/ Scott L. Garland
       Scott L. Garland
       Assistant U.S. Attorney

Date: August 26, 2010

CERTIFICATE OF SERVICE

    I hereby certify that this document is being filed through the ECF system and thus will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    */s/ Scott L. Garland*
    Scott L. Garland
    Assistant United States Attorney

Date: August 26, 2010